IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 1:2007cv284 |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| R2K RESTAURANT GROUP GREENSBORO NO. 1, INC. d/b/a WHOLLY GUACAMOLE MEXICAN GRILLE, | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Tara Jones and Amanda Wellendorf who were adversely affected by such practices. As more fully described below Plaintiff alleges that Tara Jones and Amanda Wellendorf were sexually harassed and subjected to a hostile work environment while working for Defendant, because of their sex, female. Plaintiff further alleges that Defendant terminated Tara Jones' employment in retaliation for opposing the sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of North Carolina, Greensboro Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant R2K Restaurant Group Greensboro No. 1, Inc. d/b/a Wholly Guacamole Mexican Grille ("Defendant"), has been a North Carolina corporation doing business in the state of North Carolina and the city of Greensboro, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Tara Jones and Amanda Wellendorf filed charges with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least August 2005, Defendant engaged in unlawful employment practices at its Wholly Guacamole Mexican Grille facility in Greensboro, North Carolina, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Specifically, Defendant subjected Tara Jones and Amanda Wellendorf to sexual harassment that created a sexually hostile work environment based on their sex, female. The sexual harassment was severe or pervasive and was perpetrated by the facility's male general manager who had direct supervisory authority over Ms. Jones and Ms. Wellendorf. The sexual harassment included, but was not limited to, unwelcome sexual comments, requests for sexual favors, and touching.

8. On or about December 30, 2005, Defendant engaged in an unlawful employment practice at its Wholly Guacamole Mexican Grille facility in Greensboro, North Carolina, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). Specifically, Defendant

terminated Tara Jones' employment because she threatened to report the sexual harassment to governmental authorities.

9. The effect of the practices complained of in paragraphs 7 and 8 above have been to deprive Tara Jones and Amanda Wellendorf of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, female.

10. The unlawful employment practices complained of in paragraphs 7 and 8 above were intentional.

11. The unlawful employment practices complained of in paragraphs 7 and 8 above were done with malice or with reckless indifference to the federally protected rights of Tara Jones and Amanda Wellendorf.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from maintaining a sexually hostile work environment and any other employment practice which discriminates on the basis of sex.

B. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from retaliating against any employee who opposes unlawful discrimination, makes a charge of unlawful discrimination, or otherwise participates in an investigation of unlawful discrimination under Title VII.

C. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

D. Order Defendant to make whole Tara Jones by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice, including but not limited

to reinstatement.

E. Order Defendant to make whole Tara Jones and Amanda Wellendorf, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, in amounts to be determined at trial.

F. Order Defendant to make whole Tara Jones and Amanda Wellendorf by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem, and loss of civil rights in amounts to be determined at trial.

G. Order Defendant to pay Tara Jones and Amanda Wellendorf punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

H. Grant such further relief as the Court deems necessary and proper in the public interest.

I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

>
> RONALD S. COOPER
> General Counsel
>
> JAMES L. LEE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel
> EQUAL EMPLOYMENT OPPORTUNITY
> COMMISSION
> 1801 L Street, N.W.
> Washington, D.C. 20507
>
>  /s/  Lynette A. Barnes
> LYNETTE BARNES (NC Bar 19732)
> Regional Attorney
> EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202

TRACY HUDSON SPICER (MD Bar 08671)
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507

 /s/   Amy E. Garber
AMY E. GARBER (Virginia Bar 37336)
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
200 Granby St., Suite 739
Norfolk, VA 23510
Telephone:  (757) 441-3134
Facsimile:   (757) 441-6720